UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BARKER,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>  Defendants. | No.  2:14-cv-2403 CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding with an action filed pursuant to 42 U.S.C. § 1983. Plaintiff has filed a First Amended Complaint (FAC).  (ECF No. 4.)  Having reviewed the FAC, the undersigned concludes that it states cognizable claims under 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that service is appropriate for the following defendants:  California Department of Corrections and Rehabilitation, Brian Duffy, K. Allen, W. Perehoduk, and K. Anger.

Dated:  January 22, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / bark2403.1amd.new