IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM BARKER,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND REHABILITATION,<br>et al. ,<br><br>　　　　　　　　　　　Defendants. | No. 2:14-cv-2403 CKD P<br><br>ORDER |

　　　Good cause appearing, the parties' stipulated request to modify the November 19, 2015 Scheduling Order (ECF No. 23) is GRANTED.

　　　The parties may conduct discovery until April 25, 2016.  Any motions necessary to compel discovery shall be filed by that date.

　　　All pretrial motions, except motions to compel discovery, shall be filed on or before July 18, 2016.

　　　////

　　　////

　　　////

In all other respects, the November 19, 2015 Scheduling Order shall remain in full force and effect.

IT IS SO ORDERED.

Dated: March 9, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE