KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsimile: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants California Department of Corrections and Rehabilitation, Allen, Anger, Duffy, and Perehoduk*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILLIAM BARKER,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>　　　　　　　　　　Defendants. | No. 2:14-cv-02403 CKD<br><br>**STIPULATION AND PROPOSED ORDER TO VACATE SCHEDULING ORDER**<br><br>Action Filed: October 13, 2014 |

Under Federal Rule of Civil Procedure 16(b)(4) and Local Rule 143, the parties, through their attorneys of record, agree to and request that the Court vacate the March 9, 2016 Order setting a July 18, 2016 deadline to file dispositive motions. (ECF No. 24.) Good cause exists to grant this stipulation because the parties are scheduled for a settlement conference with Magistrate Judge Newman on November 9, 2016, and vacating the pretrial motion deadline will conserve resources and allow the parties to engage in more meaningful settlement discussions.

1  A scheduling order may be modified only upon a showing of good cause and by leave of
2  Court.  Fed. R. Civ. P. 6(b)(1)(A), 16(b)(4); *see, e.g., Johnson v. Mammoth Recreations, Inc.*, 975
3  F.2d 604, 609 (describing the factors a court should consider in ruling on such a motion).  In
4  considering whether a party moving for a schedule modification has good cause, the Court
5  primarily focuses on the diligence of the party seeking the modification.  *Johnson*, 975 F.2d at
6  609 (citing Fed. R. Civ. P. 16 advisory committee's notes of 1983 amendment).  "The district
7  court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the
8  party seeking the amendment.'"  *Id*. (quoting Fed. R. Civ. P. 16 advisory committee notes of 1983
9  amendment).

10  On November 19, 2015, the Court issued a Scheduling Order in this matter.  (ECF No. 21.)
11  On March 8, 2016, the parties submitted a stipulation requesting that the scheduling deadlines be
12  continued by thirty days to allow the parties to complete discovery.  (ECF No. 23.)  The Court
13  granted the parties' stipulated request and set an April 25, 2016 discovery deadline and a July 18,
14  2016 deadline to file dispositive motion.  (ECF No. 24.)

15  The parties have timely and diligently completed discovery.  Since the completion of
16  discovery, the parties have agreed to pursue settlement discussions in this case  and *Barker v.*
17  *CDCR* (E.D. Cal. No. 2:13-cv-01793-KJN).  The Court has already both these matters for a
18  settlement conference on November 9 with Magistrate Judge Newman.  Both parties are
19  contemplating filing summary-judgment motions.  The parties may be less inclined to settle or
20  enter into serious settlement discussions if a dispositive motion is pending that may dispose of the
21  case or some of the claims.  To avoid incurring the expense of preparing dispositive motions, that
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

may become moot if the parties settle, the parties request that the Court vacate the current pretrial-motion deadline, and set a new deadline if the parties are unable to reach an agreement on November 9, 2016.

IT IS SO STIPULATED.

Dated:  July 12, 2016                                   Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*

Dated:  July 12, 2016                                   DISABLED ADVOCACY GROUP, APLC

*/s/ Stephanie L. Ross*

SCOTTLYNN J. HUBBARD, IV
STEPHANIE L. ROSS
*Attorneys for Plaintiff*

SA2015302309
12342231.doc

**ORDER**

Good cause appearing, the parties' stipulated request to vacate the March 9, 2016 Scheduling Order (ECF No. 24) is GRANTED.

The July 18, 2016 pretrial-motion deadline is vacated.  The Court will set a new deadline after November 9, 2016, if necessary.

IT IS SO ORDERED.

Dated:  July 14, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE