KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsimile: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants California Department of Corrections and Rehabilitation, Allen, Anger, Duffy, and Perehoduk*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM BARKER,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., <br><br>　　　　　　　　　　Defendants. | No. 2:14-cv-2403 CKD P<br><br>STIPULATION & ORDER |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their respective counsel of record, stipulate to the voluntary dismissal of this action with prejudice.

/ / /

/ / /

/ / /

/ / /

Each party is to bear his own costs, attorney's fees, and expenses. There is no prevailing party in this action.

IT IS SO STIPULATED.

Dated: November 9, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*

Dated: November 9, 2016

DISABLED ADVOCACY GROUP, APLC

*/s/ Stephanie L. Ross*

SCOTTLYNN J. HUBBARD, IV
STEPHANIE L. ROSS
*Attorneys for Plaintiff*

## ORDER

Based on the parties' stipulation, this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: November 14, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE